SO ORDERED.

Dated: April 19, 2022

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:                                ) Chapter 7
                                      )
LAROCCA, BILLIE J.                    ) Case No. 2:15-03722-PHX EPB
                                      )
                                      ) ORDER FOR PAYMENT
                                      ) OF UNCLAIMED FUNDS
    Debtor(s).                        ) TO THE U.S. BANKRUPTCY
                                      ) COURT
                                      )

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $4493.68 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

**SIGNED AND DATED ABOVE**